IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Joseph M. Roberts,  )<br>                                                 )<br>                    Plaintiff,       )<br>                                                 )<br>vs.                                        )<br>                                                 )<br>Carolyn W. Colvin,                 )<br>Commissioner of Social Security, )<br>                                                 )<br>                    Defendant.     )<br>_____) | Civil Action No. 9:12-677-TLW-BM<br><br>**ORDER** |

Plaintiff has brought this action to obtain judicial review of a final decision of the defendant, Commissioner of Social Security, denying his claims for disability benefits. This matter is before the Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Bristow Marchant, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(a), (D.S.C.). In the Report, the Magistrate Judge recommends that the Commissioner's decision be affirmed. The Report was filed on April 8, 2013. Plaintiff filed objections to the Report on May 3, 2013. Defendant filed a response to Plaintiff's objections on May 20, 2013.

In conducting this review, the Court applies the following standard:

> The magistrate judge makes only a recommendation to the Court, to which any party may file written objections. . . . The Court is not bound by the recommendation of the magistrate judge but, instead, retains responsibility for the final determination. The Court is required to make a de novo determination of those portions of the report or specified findings or recommendation as to which an objection is made. However, the Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the Report and Recommendation to which no objections are addressed. While the level of scrutiny entailed by the Court's review of the Report thus depends on whether or not

1

objections have been filed, in either case, the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

Wallace v. Housing Auth. of the City of Columbia, 791 F.Supp. 137, 138 (D.S.C. 1992) (citations omitted).

In light of this standard, the Court has reviewed, de novo, the Report and the objections thereto. The Court has also reviewed the case law asserted by Plaintiff including, inter alia, the case of Albright v. Commission of Social Sec. Admin., 174 F.3d 473 (4th Cir. 1999). After careful review and consideration of the entire record, the relevant case law, and the respective positions of the parties, this Court concludes that a hearing in this case is not necessary and would not aid the Court in reaching a decision on the matter.

After a thorough review of the record, the Report, Plaintiff's objections in accordance with the standard set forth above, the relevant case law, and for the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 24), Plaintiff's objections are **OVERRULED** (Doc. # 28), and the decision of the Commissioner is **AFFIRMED**.

**IT IS SO ORDERED**.

s/ Terry L. Wooten  
TERRY L. WOOTEN  
CHIEF UNITED STATES DISTRICT JUDGE

August 8, 2013  
Florence, South Carolina